REBECCA REYNOLDS, Surviving Administratrix of George Reynolds, and the Personal Representative, to wit, WILLIAM REYNOLDS, Executor of Alexander Reynolds, in his lifetime Co-administrator with said Rebecca Reynolds of George Reynolds, v. VICTOR DUPONT and NICHOLAS G. WILLIAMSON, Administrators of George R. Massey.

Orphans' Court.  August 28, 1818.

*Ridgely's Notebook II, 276.*

BY THE COURT. Considering the nature of this account, that it has not been signed by the accountant, that the fees are marked on it to be due, and that this Court may inquire into all matters touching accounts passed, or said to be passed by the Register, the whole account should be annulled and vacated.